**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**MARCO CARROTHERS (# 65329)**                                         **PLAINTIFF**

**v.**                                  **No. 4:06cv174-P-A**

**WARDEN DWIGHT PRESLEY, ET AL.**                                 **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the plaintiff's motion for a preliminary injunction is hereby **DENIED**, and instant case is hereby **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a "strike" under 28 U.S.C. §§ 1915 (e)(2)(B)(i) and 1915(g).

**SO ORDERED,** this the 31st day of January, 2007.

                                                                 /s/ W. Allen Pepper, Jr.
                                                                  W. ALLEN PEPPER, JR.
                                                                  UNITED STATES DISTRICT JUDGE