IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**MARCO CARROTHERS (# 65329)** **PLAINTIFF**

v. No. 4:06cv174-P-A

**WARDEN DWIGHT PRESLEY, ET AL.** **DEFENDANTS**

### ORDER DENYING PLAINTIFF'S MOTION
### TO ALTER OR AMEND JUDGMENT

This matter comes before the court on the *pro se* prisoner plaintiff's motion [12] to alter or amend judgment under FED. R. CIV. P. 59(e). The court dismissed the plaintiff's case for failure to state a claim upon which relief could be granted on January 31, 2007. The plaintiff has not set forth any rationale for the court to reconsider that ruling. The plaintiff was not physically harmed by his brief exposure to inmate Burton, and, once the plaintiff filled out the proper forms, he was removed from the building in which other inmates who threatened him are housed. The plaintiff's motion [12] to alter or amend judgment is therefore **DENIED.**

**SO ORDERED,** this the 27th day of March, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE